| | |
|---|---|
| 1 | DOUGLAS E. KIRKMAN (State Bar No. 53892) |
|  | Email: dkirkman@wkblaw.com |
| 2 | MARY K. deLEO (State Bar No. 206056) |
|  | Email: mdeleo@wkblaw.com |
| 3 | **WAGNER KIRKMAN BLAINE** |
|  | **KLOMPARENS & YOUMANS LLP** |
| 4 | 10640 Mather Blvd., Suite 200 |
|  | Mather, California 95655 |
| 5 | Telephone:  (916) 920-5286 |
|  | Facsimile:   (916) 920-8608 |

**FILED**

JUL 1 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Attorneys for Defendant
VOLEN PROPERTIES 10, LLC,
a California limited liability company

UNITED STATES DISTRICT COURT
NORTEHRN DISTRICT OF ILLIONIS

AMERICAN NATIONAL RED CROSS,
a nonprofit organization created by an Act of Congress,

Plaintiff,

v.

UNITED WAY CALIFORNIA CAPITAL REGION, a California corporation; VOLEN PROPERTIES 10, LLC, a California limited liability company; and DOES 1-10, inclusive,

Defendants.

Case No.:

**NOTICE OF TAKING DEPOSITION OF CHRIS JACK SIOUKAS**

**08CV3995**
**JUDGE COAR**
**MAG. JUDGE VALDEZ**

DEPONENT:    CHRIS JACK SIOUKAS

DATE:              July 30, 2008

TIME:              10:00 a.m.

PLACE:           Sullivan Reporting Co., Two North La Salle, Suite 1615

                         Chicago, Illinois, 60602

Pursuant to Federal Rule of Civil Procedure 30, defendant Volen Properties 10, LLC, shall take the deposition of Chris Jack Sioukas upon oral examination on said date.

/ / /

{12780.00000 / 00381487.DOC.1}                                    1
NOTICE OF TAKING DEPOSITION OF CHRIS JACK SIOUKAS

1  The deposition will take place before a duly qualified court report or other person
2  authorized by law to administer oaths. If the deposition is not completed on the above date, it
3  will resume on a date to be set by future notice and/or agreement of the parties.

4  In addition to recording the deposition testimony by stenographic means, defendant may
5  record the deposition by audio means, by videotape and/or by instant visual display.

7  DATED: July   , 2008

   WAGNER KIRKMAN BLAINE
   KLOMPARENS & YOUMANS LLP

   By: _____
   DOUGLAS E. KIRKMAN
   Attorneys for Defendant
   Volen Properties 10, LLC
   a California limited liability company

{12780.00000 / 00381487.DOC.1}                    2
NOTICE OF TAKING DEPOSITION OF CHRIS JACK SIOUKAS